## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| MARINE TRADE CENTER, LLC, <br> Plaintiff, <br> <br> v. <br> <br> F/V DIANNE LYNN a/k/a VIKING POWER (O.N. 622864) her engines, boilers, tackle, Federal Fishery Permits and appurtenances, *in rem*, and <br> <br> Bart McNeel and Aaron William McNeel, <br> *in personam* <br> Defendant. | ) <br> ) <br> ) <br> ) C.A. No. <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## VERIFIED COMPLAINT

Plaintiff, Marine Trade Center, LLC ("Plaintiff" or "MTC"), by way of Verified Complaint against the Defendants, say:

### Jurisdiction and Venue

1. Plaintiff bring this suit against the Defendants under the provisions of 28 U.S.C. §1333 as this is an admiralty claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure, and Supplemental Rule C of the Federal Rules of Civil Procedure and pursuant to the provisions of 28 U.S.C. §1367.

2. Venue lies within this District under the provisions of 28 U.S.C. §1391.

### Statement of the Claim

3. Plaintiff, is a Maine Limited Liability Company with a principal office located at 2 Portland Fish Pier, Ste. 303, Portland, Maine 04101.

4. At all times hereinafter noted the Defendant F/V DIANNE LYNN a/k/a VIKING POWER (O.N. 622864) ("Vessel") is now within this district located at 2 Portland Fish Pier, Portland, Maine ("Berth").

5.  The Defendant Bart McNeel and Aaron William McNeel reside at an address of 83 Chase Hill Drive, Westbrook, Maine 04092.

6.  MTC is built on a ground lease with the City of Portland. This ground lease includes 198 linear feet of berthing space.

7.  MTC never approved the Vessel for berthing.

8.  On or about October 15, 2024, the Vessel was left at the Berth without permission by MTC.

9.  Plaintiff has repeatedly asked Defendant Bart McNeel to remove the Vessel. He has failed to do so.

10. There is an implied wharfage contract between the Plaintiff and all Defendants for the berthing of the Vessel.

11. Plaintiff is currently owed Forty-Seven Thousand One Hundred Twenty Seven and 60/100 Dollars ($47,127.60) for berthing determined at a daily rate per foot of $1.95 for a length of 76 feet for 318 days for the time period of October 15, 2024 to the date of the filing of this complaint.

### Prayers for Relief

WHERFORE, Plaintiff prays:

1.  That a warrant for the arrest of the F/V DIANNE LYNN a/k/a VIKING POWER (O.N. 622864), her engines, boilers, tackle, appurtenances, furniture, gear, tender, sails, electronics, Northeast Federal Fishery Permits, etc., and that all persons claiming any right, title, or interest then be cited to appear and answer under oath the all and singular matters aforesaid and that the F/V DIANNE LYNN a/k/a VIKING POWER (O.N. 622864), her engines, boilers, tackle, appurtenances, furniture, gear, tender, sails, electronics, Northeast Federal Fishery Permits, etc.,

may be condemned and sold to pay the demands aforesaid, with interest and costs, and to pay and all other amounts required to be paid by Defendants to Plaintiff, and that Plaintiff may have such other and further relief as the court deems just and equitable;

2. That Plaintiff's Preferred Maritime Lien, be declared to be a valid and existing lien upon the F/V DIANNE LYNN a/k/a VIKING POWER (O.N. 622864), her engines, boilers, tackle, appurtenances, furniture, gear, tender, sails, electronics, Northeast Federal Fishery Permits, etc. in the preferred position described therein and thereby conveyed and transferred, prior and superior to the interest, liens or claims of any and all persons, firms or corporations whatsoever, except such persons, firms or corporations as may hold preferred maritime liens on said vessel.

3. That Judgment be entered in favor of the Plaintiff and against the Defendants, F/V DIANNE LYNN a/k/a VIKING POWER (O.N. 622864), her engines, boilers, tackle, appurtenances, furniture, gear, tender, sails, electronics, Northeast Federal Fishery Permits, etc., Bart McNeel, and Aaron William McNeel for the amount of the Plaintiff's damages, together with interest, costs, and if allowed, attorneys fees.

**VERIFICATION**

Greg Davidson being first duly sworn, deposes and says:

I am a Member of the plaintiff Marine Trade Center, LLC, named in the above action; I am authorized and make this affidavit on behalf of that corporation; I have read the foregoing complaint and know the contents thereof and the same are true of my own knowledge, except as to those matters therein stated on information and belief, and as to those matters I believe it to be true. Pursuant to 28 USC §1746, I, Greg Davidson declare under penalty of perjury that the foregoing is true and correct.

Greg Davidson
Manager
Marine Trade Center, LLC
2 Portland Fish Pier
Portland, Maine 04101
Dated: August 29, 2025

                                                Respectfully submitted,
                                                Marine Trade Center, LLC
                                                By its attorney,

                                                /s/ David S. Smith
                                                David S. Smith, Esq.
                                                Bar No.: 9270
                                                Farrell Smith O'Connell
                                                Aarsheim Aprans LLP
                                                27 Congress Street, Suite 508
                                                Salem, Massachusetts 01970
                                                Tel: 978-744-8918
                                                Fax: 978-666-0383
                                                e-mail: dsmith@fsofirm.com

Dated: August 29, 2025